# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Frances Rebecca Joan Crichton,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Los Angeles World Airports, a public entity; et al.,<br><br>　　　　Defendants. | No. CV 21-4343 DSF (JPRx)<br><br>ORDER DISMISSING U.S. CUSTOMS AND BORDER PROTECTION AND REMANDING ACTION<br><br>Honorable Dale S. Fischer |

　　The Court has considered the Stipulation of Dismissal of U.S. Customs and Border Protection Without Prejudice and Remand to State Court the parties filed.

　　THE COURT HEREBY ORDERS that this action, CV 21-4343 DSF (JPRx), is dismissed in its entirety, without prejudice, against Defendant U.S. Customs and Border Protection only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own costs, fees, and expenses. The Court remands the remainder of the case to the Los Angeles Superior Court.

　　DATED: June 7, 2021

　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE